In the Matter of LAWYERS MORTGAGE COMPANY (2156 Cruger Ave., New York City — Mortgage No. 101,038). WILLIAM T. JACKSON et al., as Trustees, Appellants; FELIX A. MULDOON et al., as Trustees, et al., Respondents.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Townley, J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PHILLIPS, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.